| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CV 14 6764 |
| ---------------------------------------------------------------------X | **J WEXLER** |
| **RICHARD IORIO**, | **MJ LOCKE** |
| Plaintiff, | |
| -against- | JOINT PROPOSED DISCOVERY PLAN |
| LONG ISLAND RAIL ROAD COMPANY, | |
| Defendant. | |
| ---------------------------------------------------------------------X | |

PLEASE TAKE NOTICE, that pursuant to FRCP Rule 26 (f), the following information is provided by the parties to this action.

1. Automatic disclosures pursuant to FRCP 26 completed.

2. First request for production of documents and first request for interrogatories completed.

3. Responses to first request for production of documents and first set of interrogatories due by March 27, 2015.

4. No additional interrogatories are contemplated by the parties.

5. Maximum number of requests for admission by plaintiff 25 and by defendant 25.

6. Depositions: by plaintiff of the LIRR, 3 on liability.

7. Depositions: by defendant of the plaintiff, 2 on liability, 1 on injuries and damages.

8. It is anticipated that no deposition will be longer than 7 hours; otherwise the attorneys for the parties will resolve this time issue.

9. Factual discovery to be completed by August 2, 2015.

10. Expert witnesses: Plaintiff 2 on medical, 1 on liability.

11. Expert witnesses: Defendant 2 on medical, 1 on liability.

12. Expert discovery completed by September 4, 2015.

13. No party anticipates joining any other party.

14. No party anticipates amending any pleading.

15. Defendant anticipates filing a summary judgment motion.


Dated: February 25, 2015                    Dated: February 25, 2015

*Thomas L. Chiofolo*                         *Valerie J. Lauriello*

**THOMAS L. CHIOFOLO, Esq.**                **VALERIE J. LAURIELLO, ESQ. (VL 6192)**
RICHARD L. GANS ESQ.                        MICHAEL D. FLYNN, ESQ.
Attorney for Defendant LIRR                 Attorney for Plaintiff
Long Island Rail Road                       5 Penn Plaza – 23rd Floor
Law Department 4th Floor                    New York, New York 10001
Jamaica Station                             212-896-3812