Jamaica Station  
Jamaica, NY 11435-4380

**Patrick A. Nowakowski**  
President

**Richard L. Gans**  
Vice President - General Counsel & Secretary


**Long Island Rail Road**

March 3, 2015

**United States District Court**
**Eastern District of New York**
**Long Island Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**
ATT: Magistrate Judge Steven I. Locke

RE:   Iorio v. LIRR
      CV 14 6764

Dear Judge Locke:

    We are scheduled to appear before you today for an initial conference on the above-captioned case. The undersigned resides in Queens County and given the forecast for this afternoon, my request is to be permitted to conduct the aforementioned conference via phone. I have taken the liberty of informing my opposing counsel of my intention to make this application and do not anticipate an objection.

    My hope is that request does not cause any inconvenience. Thank you for your anticipated understanding and courtesy in this matter.

Yours etc.,

Richard L. Gans, Esq.

Vice-President, General Counsel & Secretary

By: _____
      Thomas L. Chiofolo, Esq.

TLC/mr