| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE | DATE: 3/19/2015 |
| U.S. MAGISTRATE JUDGE | TIME: 11:30 AM |

CASE: **CV 14-6764(LDW) Iorio v. Long Island Rail Road Company**

TYPE OF CONFERENCE: INITIAL        FTR:   11:33-11:37

APPEARANCES:
    For Plaintiff:   Valerie Lauriello

    For Defendant: Thomas Chiofolo

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☒ The court has adopted amended and So Ordered the joint proposed scheduling order [8] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐ Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

     6/16/2015 @ 10:00 am              : Status conference

     11/12/2015 @ 11:30 am            : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                                                      SO ORDERED

                                                       /s/Steven I. Locke
                                                      STEVEN I. LOCKE
                                                      United States Magistrate Judge