FLYNN & LAURIELLO PLLC
ATTORNEYS AT LAW
5 PENN PLAZA, 23RD FLOOR
NEW YORK, NEW YORK 10001

212-896-3812

FAX 866-855-3813

MICHAEL D. FLYNN
VALERIE J. LAURIELLO

June 10, 2015
ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Iorio v. Long Island Rail Road, 14 CV 6764.

Honorable Sir:

May it please the Court. Plaintiff, by his attorney Valerie J. Lauriello, Esq., with the consent of defendant LIRR, by its attorney Thomas L. Chiofolo, Esq., respectfully moves for adjournment of the June 16, 2015, status conference to July 27 or 28, 2015, or as the Court deems fit and proper. This is the first such application.

Status: The parties have been cooperating. Entry was completed on May 4, 2015. Document discovery is underway. The deposition of plaintiff is scheduled for July 21, 2015.

Plaintiff's attorney is scheduled to appear at a Defendant's Medical Examination on June 16, 2015 at 10 AM, in another FELA matter pending before your Honor, and approaching the discovery cutoff.

Motion: Wherefore, it is respectfully requested that the Court adjourn the June 16, 2015, status conference, to July 27 or 28, 2015, or as the Court deems fit and proper.

Respectfully submitted,

Valerie J. Lauriello