**UNITED STATES DISTRICT COURT**            **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**            **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                     DATE:  7/28/2015
        U.S. MAGISTRATE JUDGE             TIME:  10:45

CASE:  **CV14-6764 (LDW) (SIL)**  Iorio v. Long Island Rail Road Company
TYPE OF CONFERENCE: Status Conference       FTR: 10:45 -10:48

APPEARANCES:
      For Plaintiff:   Valerie J. Lauriello

      For Defendant: Thomas L. Chiofolo

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [    ]
     submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
     The action will be tried in accordance with the discretion and the trial calendar of the
     District Judge.

☐     Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    _____: Status conference

    _11/12/2015 at 11:30 am_____: Pretrial conference.  A joint proposed pretrial order
                             must be electronically filed 3 days prior to this
                             conference.

                        SO ORDERED

                        _/s/Steven I. Locke_
                        STEVEN I. LOCKE
                        United States Magistrate Judge