| UNITED STATES DISTRICT COURT | CV 14 6764 |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

------------------------------------------------------------------X  **J WEXLER**

**RICHARD IORIO**,  **MJ LOCKE**

                      Plaintiff,

  -against-                                          CONSENT TO MAGISTRATE TRIAL

**LONG ISLAND RAIL ROAD COMPANY**,

                      Defendant.
------------------------------------------------------------------X

**WE HEREBY CONSENT** to have the above-captioned action assigned to United States Magistrate Judge Steven I. Locke for all purposes including entry of judgment.

We acknowledge that pursuant to Title 28, United States Code, Section 636, as amended by Section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Court of Appeals.

Dated: November 4, 2015                                   Dated: November 4, 2015

*Thomas L. Chiofolo /s/*                                   *Valerie J. Lauriello /s/*

| BY: THOMAS J. CHIOFOLO, ESQ | By: VALERIE J. LAURIELLO, ESQ (VL6192) |
|---|---|
| for RICHARD L. GANS, ESQ | MICHAEL D. FLYNN, ESQ |
| Attorney of Record for Defendant | Attorneys for Plaintiff |
| Law Department 4th Floor | 5 Penn Plaza – 23rd Floor |
| Jamaica, NY 11435 | New York, NY 10001 |

### Reference Order

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Steven I. Locke to conduct all proceedings and order the entry of final judgment in accordance with 28 USC Section 636(c) and FRCP 73.

APPROVED:                                                       SO ORDERED:
Dated:                                                                       Dated:

| HON. LEONARD D. WEXLER | HON. STEVEN I. LOCKE |
|---|---|
| United States District Judge | United States Magistrate Judge |
| Eastern District of New York | Eastern District of New York |