FLYNN & LAURIELLO PLLC
ATTORNEYS AT LAW
5 PENN PLAZA, 23RD FLOOR
NEW YORK, NEW YORK 10001

212-896-3812

FAX 866-855-3813

MICHAEL D. FLYNN
VALERIE J. LAURIELLO

November 10, 2015
ECF

Hon. Steven I. Locke
United States Magistrate Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Iorio v. Long Island Rail Road, 14 CV 6764.

Honorable Sir:

May it please the Court. The parties filed a Consent to Jurisdiction by Your Honor on November 4, 2015, and await the District Judge's order.

Plaintiff, by his attorney Valerie J. Lauriello, Esq., and defendant LIRR, by its attorney Thomas L. Chiofolo, Esq., respectfully request a settlement conference for December 11th, 14th, or 17th, or as the Court deems fit and proper. This is the first such application.

Wherefore, it is respectfully requested that the Court adjourn the November 12th, 2015, Pre Trial Conference, *sin die,* and schedule a settlement conference for December 11th, 14th, or 17th, or as the Court deems fit and proper.

Respectfully submitted,

Valerie J. Lauriello