# CIVIL CAUSE FOR PRE TRIAL CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** November 12, 2015
**TIME:** 11:10 to 11:15 (5 Mins.)

**DOCKET:** 14-CV-6764 (LDW)(SIL)
**TITLE:** Iorio v. Long Island Rail Road Company

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Valerie J. Lauriello, Esq.**

- Defendant(s) represented by:
  - **Thomas L. Chiofolo, Esq.**

- Courtroom Deputy:   Eric L. Russo

----------------------------------------------------------------

✓   In camera conference held.

✓   Parties are hereby advised that Jury Selection is set for **June 6, 2016 at 9:30 AM** in Courtroom 940. NO ADJOURNMENTS will be granted. Jury Trial start date to be determined; have witnesses ready for trial.

✓   Parties are directed to refer to Judge Wexler's pretrial/trial rules available on the court's website.

✓   Proceedings concluded.