Jamaica Station  Patrick A. Nowakowski  Richard L. Gans
Jamaica, NY 11435-4380  President  Vice President - General Counsel & Secretary


# Long Island Rail Road

December 9, 2015

**United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722**
ATT: **Magistrate Judge Steven I. Locke**

**RE:  Iorio v. LIRR
CV 14 6764**

Dear Judge Locke:

    We are scheduled to appear before you on December 11, 2015 for a settlement conference. The parties jointly request an adjournment of the aforementioned conference. This is the first such request.

    The parties have only just concluded testimony in a bench trial before Magistrate Judge Kathleen Tomlinson as of yesterday. We believed we would be in a position to discuss a resolution to this matter by Friday however, that is not the case.

    We therefore request the settlement conference be adjourned to either January 18, 2016, January 19, 2016 or January 25, 2016.

    We apologize for any inconvenience caused by this request and thank you in advance for your anticipated understanding and courtesy.


Yours etc.,

Richard L. Gans, Esq.

Vice-President, General Counsel & Secretary

By: _____
    Thomas L. Chiofolo, Esq.

TLC/mr

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York
Thomas F. Prendergast, Chairman and Chief Executive Officer